IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-431-RJC-DCK

| | |
|---|---|
| MARGARETTA C. BLACKWELL, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| THE FEDERAL RESERVE BANK OF RICHMOND, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by Patricia L. Holland, concerning David E. Nagle on July 29, 2013. Mr. Nagle seeks to appear as counsel *pro hac vice* for Defendant The Federal Reserve Bank of Richmond. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.** Mr. Nagle is hereby admitted *pro hac vice* to represent Defendant The Federal Reserve Bank of Richmond.

**SO ORDERED**.

Signed: July 30, 2013

David C. Keesler
United States Magistrate Judge