IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-431-RJC-DCK

| | |
|---|---|
| MARGARETTA C. BLACKWELL, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| THE FEDERAL RESERVE BANK OF RICHMOND, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Sarah J. Kromer, filed a "Certification Of ADR Session" (Document No. 18) notifying the Court that the parties reached a settlement on August 8, 2014. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **October 8, 2014**.

**SO ORDERED**.

Signed: September 23, 2014

David C. Keesler
United States Magistrate Judge